ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JUN -6 PM 3:53

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JOHN TUFF,                              )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    CV 311-077
                                        )
BILLY COOPER, Eastman Police            )
Department, et al.,                     )
                                        )
        Defendants.                     )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for default judgment is **DENIED**. (Doc. no. 26.)

SO ORDERED this 6th day of June, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE