ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 AUG 16 A 8: 45
CLERK BMcCarthy
SO. DIST. OF GA

| | |
|---|---|
| JOHN TUFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 311-077 |
| | ) |
| BILLY COOPER, Eastman Police Department, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 45). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to dismiss filed by Defendants is **DENIED** (doc. no. 29), and the motion for summary judgment filed by Plaintiff is **DENIED** without prejudice (doc. no. 27). The stay of discovery entered on May 9, 2012, is lifted, and following dates are set as the remaining deadlines in this case.

| | |
|---|---|
| CLOSE OF DISCOVERY | October 15, 2012 |
| LAST DAY TO FILE MOTIONS | November 14, 2012 |
| LAST DAY TO FILE SUMMARY JUDGMENT MOTIONS | November 14, 2012 |

SO ORDERED this 15th day of August, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE