ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 JUL 18 P 3:06

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOHN TUFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 311-077 |
| | ) | |
| GARY WIDENER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. nos. 67, 68, 69).[1] Accordingly, Defendants' motion for summary judgment is **GRANTED**, final judgment shall be **ENTERED** in favor of Defendants, and this civil action is **CLOSED**.

SO ORDERED this ___ day of July, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Although two of Plaintiff's recent filings have been docketed as responses to Defendants' motion for summary judgment, it is clear from their content and from the timing of their submission that they are in fact objections to the Report and Recommendation. (Doc. nos. 67, 69.)